IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Bryan D. Sampson – #143143

No. C 13-80077 WHA

**ORDER OF SUSPENSION**

An order dated April 15 required Attorney Bryan Sampson to show cause by May 31 why he should not be suspended from the bar of this court due to his one-year suspension from the bar of the Supreme Court of California. Mr. Sampson's response to the order to show cause did not comply with Civil Local Rule 11-7(b)(2) because it did not:

> set forth facts establishing one or more of the following: (a) the procedure in the other jurisdiction was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process; (b) there was such an infirmity of proof establishing the misconduct as to give rise to a clear conviction that the Court should not accept as final the other jurisdiction's conclusion(s) on that subject; (c) imposition of like discipline would result in a grave injustice; or (d) other substantial reasons exist so as to justify not accepting the other jurisdiction's conclusion(s). In addition, together with the response to the Order to Show Cause, the attorney must lodge with the Court a certified copy of the entire record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice.

Because Mr. Sampson has failed to comply with the order to show cause by the deadline, his membership in the bar of this court is hereby **SUSPENDED**. This order is without prejudice to

Mr. Sampson seeking reinstatement pursuant to Local Rule 11-7(b)(3) upon completion of his period of suspension before the bar of the Supreme Court of California.

**IT IS SO ORDERED.**

Dated: June 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE